## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1)  BARBARA YOUNG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **Case No: CIV-15-907-L** |
| | ) | |
| (1)  LANGSTON HOUSING AUTHORITY | ) ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION OF DISMISSAL

COMES NOW the parties and pursuant to F.R. Civ. Pro. 41(a) (1) (A) stipulate to dismiss this action with prejudice.


/s/ Rand C. Eddy
Rand C. Eddy, OBA #11822
Mulinix Edwards Rosell & Goerke, PLLC
210 Park Avenue, Suite 3030
Oklahoma City, OK 73102
Telephone: (405) 232.3800
Facsimile: (405) 232.8999
rand@lawokc.com
*Attorneys for Plaintiff*


/s/ David McCullough
David McCullough, OBA #10898
Doerner Saunders Daniel & Anderson, LLP
1800 N. Interstate Dr., Suite 211
Norman, OK 73072
Telephone: (405) 319.3501
Facsimile: (405) 319.3531
dmccullough@dsda.com
*Attorney for Defendant*